**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7293**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MONROE CROWNER HARROD,

Claimant - Appellant,

and

ONE 1993 CADILLAC SEVILLE STS; ONE 1997 FORD
EXPEDITION; $20,222.00 U.S. CURRENCY,

Defendants.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(CA-02-2816-WDQ)

---

Submitted:  February 2, 2004            Decided:  June 4, 2004

---

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Monroe Crowner Harrod, Appellant Pro Se.  James G. Warwick, OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Monroe Crowner Harrod appeals the district court's order, entered after a bench trial, forfeiting certain property to the United States. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Harrod, No. CA-02-2816-WDQ (D. Md. July 16, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED